DISTRICT COURT OF THE UNITED STATES
EASTERN DISTRICT OF TENNESSEE

**FILED**

SEP 1 6 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Erica Antonette Elliott )  Cause No.
)
And )
)
ERICA ANTONETTE ELLIOTT estate )  Original CLAIM FOR DAMAGES FOR
Legal Entity in Cestui Que Use )  VIOLATION OF TREATIES WITH THE
) UNITED STATES, VIOATION OF HOLY BIBLE,
) CONSTITUTIONAL RIGHTS
) CIVIL RIGHTS (42 U.S.C. Section 1983),
) (42 U.S.C. Section 1985),
) (42 U.S.C. Section 1986),
**applicants/Petitioner** ) (Title 18 section 241 and 242); AND
vs. ) INJUNCTIVE AND DECLARATORY RELIEF
)
CRIMINAL COURT FOR KNOX COUNTY, )
TENNESSEE DIVISION II (INC) )     3:21cv327
400 MAIN AVENUE, CITY BLDG., )    Crytzer / Guyton
SUITE 149 KNOXVILLE, TN, 37902 )
**Respondent(s)** )
And )  **TRIAL BY JURY DEMANDED**
)
Kyle A. Hixson male doing business )
as Judge/administrator CRIMINAL )
COURT FOR KNOX COUNTY TENNESSEE )
DIVISION II (INC) 400 MAIN AVENUE, )
CITY BLDG.,SUITE 149 KNOXVILLE, TN,37902 )
)
**Respondent(s)** )
And )
)
Charme P Allen female doing Business as )
District Attorney General For 6th Judicial )
District (INC) Knox County, Tennessee )
400 MAIN AVENUE, CITY BLDG., )
SUITE 168 KNOXVILLE, TN, 37902 )
**Respondent(s)** )
And )
)
Sean S Deitrick male doing Business as Assistant )
Office, Criminal Division (INC.) Knox County, )
Tennessee 400 MAIN AVENUE, CITY BLDG., )
SUITE 168 KNOXVILLE, TN, 37902 )
**Respondent(s)** )
And )
)
Danny C. Garland male doing Business as )
East Tennessee Disability )

103 Suburban Road #202 )
Knoxville TN, 37923 )

## AFFIDAVIT OF CLAIM
### INTRODUCTION

By erica- antonette for ELLIOTT Estate, Under the blood of Christ, bill of peace, peace and friendship treaty, the treaty of Delaware and the holy bible, a (Wo) Man with a (soul) in her official capacity as a Private Attorney General and as a Constitutional Bounty Hunter pursuant to Congressional Mandate of the United States Congress under Title 42 United States code Public Health and welfare and under Title 18 United States code criminal code and pursuant to the Congressional Mandate of the Administrative Procedure Act's 1946 60 stat 237 and sets forth this document to be read and act upon in equity and honor, with clean hand and in good faith as executive administrator/executor for ERICA ANTONETTE ELLIOTT Estate in Cestui Que Use, and hereby make commercial claim on Respondents, CRIMINAL COURT FOR KNOX COUNTY TENNESSEE DIVISION II (INC), Kyle A. Hixson male doing business as Judge/administrator CRIMINAL COURT, FOR KNOX COUNTY TENNESSEE DIVISION II, Charme P Allen female doing Business as District Attorney General For 6th Judicial District (INC) Knox County, Tennessee, Sean S Deitrick male doing Business as Assistant Office, Criminal Division (INC.) Knox County, Danny C. Garland male doing Business as East Tennessee Disability and claim the following:

### JURISDICTION AND VENUE

1. Plaintiff claims for violation of civil rights pursuant to 42 U.S.C. Section 1983, 42 U.S.C. Section 1985, 42 U.S.C. Section 1985 and Title 18 section 241 and 242. This court has jurisdiction over such claims pursuant to 28 U.S.C. Sections 1331 and 1343.

2. The court has jurisdiction because The district courts shall have original jurisdiction of all civil, criminal and commercial actions arising under the Constitution, laws, or treaties of the United States.

3. Congress "chap. 854.- An act to establish a code of law for the District of Columbia" which was Approved on March 3, 1901, by the fifty-Stxth Congress, Session II, At 31 Stat. 1189, and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says, " The Legal Estate to be in Cestui Que Use. ERICA ANTONETTE ELLIOTT is the legal Estate and it is in Cestui Que Use, therefore the Article III United States District Court is the proper venue.

4. The acts and omissions giving rise to Petitioners claims occurred in Knox County, Tennessee and therefore the appropriate venue for this action is the United States District Court for the Eastern District of Tennessee located in Knoxville, Tennessee.

## PARTIES

5. i, erica, woman is born again new creation through baptism and the blood of Christ (2 Corinthian 2: 20) In care of 312 Utica Circle, Oakridge, Tennessee Republic Near, [37830]

6. ERICA ANTONETTE ELLIOTT, estate in Cestui Que Use in care of 312 Utica Circle, Oakridge, Tennessee Republic Near, [37830]

7. CRIMINAL COURT FOR KNOX COUNTY, TENNESSEE DIVISION II (INC) FOR KNOX COUNTY TENNESSEE DIVISION II (INC) 400 MAIN AVENUE, CITY BLDG., SUITE 149 KNOXVILLE, TN, 37902.

8. Kyle A. Hixson male doing business as Judge/administrator CRIMINAL COURT FOR KNOX COUNTY TENNESSEE DIVISION II (INC) 400 MAIN AVENUE, CITY BLDG.,SUITE 149 KNOXVILLE, TN,37902

9. Charme P Allen female doing Business as District Attorney General For 6th Judicial District (INC) Knox County, Tennessee 400 MAIN AVENUE, CITY BLDG., SUITE 168 KNOXVILLE, TN, 37902

10. Sean S Deitrick male doing Business as Assistant Office, Criminal Division (INC.) Knox County, Tennessee 400 MAIN AVENUE, CITY BLDG., SUITE 168 KNOXVILLE, TN, 37902

11. Danny C. Garland male doing Business as East Tennessee Disability 103 Suburban Road #202 Knoxville TN, 37923

## STATEMENT OF FACTS

12. THE PROPERTY AT 5628 Lyons View Pike LISTED FOR SALE.

13. The trust communicates with Coldwell Banker Wallace on sale price and offer and is in agreement on price.

14. The Trust receives purchase agreement and transfer and payment information.

15. The Trust tenders legal and lawful payment via instruction from Melrose Title Company For Deposit to Mountain Commerce Bank

16. U.s. mail number shows signing and receipt of legal and lawful tender on June 15th 2020 at 10:01 am signed for by C Vertner

17. The Property at 5628 Lyons View not transferred to trust with lawful tender.

18. The trust require return of legal and lawful tender, right now there is not return of legal and lawful tender.

19. The Trust prepares lien documentation for tender and lawful tender receive by Mountain Commerce Bank on June 15th 2020 for property 5628 Lyons View

20. The trustee for the Trust gives Erica power of attorney and Indemnification and hold harmless document to deposit lien in the trust name signing any document for the trustee against the property which trust deposit legal and lawful tender.

21. On June 10th 2021 Erica deposits lien documents for trust as trustee via power of attorney documentation.

22. On July 7th 2021 the CRIMINAL COURT FOR KNOX COUNTY TENNESSEE DIVISION II (INC) opens case number 11927 in violation of civil rights pursuant to 42 U.S.C. Section 1983, 42 U.S.C. Section 1985, 42 U.S.C. Section 1986 and Title 18 section 241 and 242.

**FIRST CAUSE OF ACTION**
**Violation of Civil Rights – 42 U.S.C. section 1983 and Treaties of The United States of America**

23. Affiant/Petitioner continues by reference paragraphs 1 through 27 whereas fully set forth herein.

24. Respondents conduct, as described herein, and acting under color of state law to deprive the Petitioners of their rights to be free guaranteed by Treaties with the United States, Respondents are liable for violation of 42 U.S.C. section 1983 and Treaties with the United States which prohibits the deprivation under color of state law of rights secured under Treaties with the United States. of the proper venue and jurisdiction under the Treaty of Peace and Friendship, under the treaty of Delaware as Indian and under the holy bible which is law as a (wo)man.

25. Treaty of Peace and Friendship states in Article 6: If any man shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any (wo)man not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection.

26. The holy bible is law and it is clear the bible only deals in equity and no corporation has jurisdiction over a (wo)man

27. As a direct and proximate result of respondents unlawful actions, affiant suffered, and will continue to suffer, damages including, physical, mental and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment

## SECOND CAUSE OF ACTION
### Violation of Civil Rights – 42 U.S.C. section 1983 and the Fourth Amendment

28. Affiant/Petitioner continues by reference paragraphs 1 through 31 whereas fully set forth herein.

29. Respondent by their conduct, as described herein, and acting under color of state law to deprive the Petitioners of their rights to be free from unreasonable seizure and arrest guaranteed by the Fourth Amendment of the United States of America Constitution, Respondents are liable for violation of 42 U.S.C. section 1983 which prohibits the deprivation under color of state law of rights secured under the United States of America Constitution.

30. Affiant's fourth amendment violated due to arrest under color of law in violation. The fourth Amendment insures the people that the government cannot arrest a person or seize his or her property without a properly executed search warrant signed by a lawful judge with an oath or affirmation which is affidavit attached.

31. As a direct and proximate result of Respondents unlawful actions, Petitioners have suffered, and will continue to suffer, damages including, physical, mental and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment.

## THIRD CAUSE OF ACTION
### Violation of Civil Rights – 42 U.S.C. section 1986 and Thirteen Amendment

32. Affiant/Petitioners continues by reference paragraphs 1 through 36 whereas fully set forth herein.

33. Due to respondents conduct, as described herein, and acting under color of state law to deprive the Petitioners of their rights to be free from unreasonable seizure and arrest guaranteed by the Fourth Amendment of the United States of America Constitution, Respondents are liable for violation of 42 U.S.C. section 1986 which prohibits the deprivation under color of state law of rights secured under the United States of America Constitution and in violation of the Thirteen Amendment.

34. affiant the (wo)man has not consented to become a slave and her arrest without a valid warrant are injury to another man which is involuntary slavery in violation of the thirteen

Amendment. Due to the violation of the respondents under the color of law affiant is an involuntary slave.

35. Title 42 USCS Section 1986,as applies to public officials, Officers, by the existence of an agreement between 2 or more persons, acting in a private conspiracy,[ McNalley v Pulitzer Pub. Co. (1976) 532 F 2d 69, 429 US 855, 50 L Ed 2d 131], for deprivation of substantive Rights, [Dickerson v City Bank & Trust (1983) 575 F Supp 872], regardless of source, Thirteenth Amendment, [Gillespie v Civiletti (1980) 629 F2d 637, 30 FR Serv 2d 407]. to conspire, through said conspiracy, to impede or hinder, or obstruct or defeat the due course of justice in a State or Territory, with the purposeful intent to deny the equal protection of the law, under color of State law or authority, or other, **[Griffin v Breckinridge (1971) 403 US 88, 29 L Ed 2d 338, 91 S Ct 1790**,] depriving Petitioners of having or exercising a Right,

36. As a direct and proximate result of Respondents unlawful actions, Petitioners have suffered, and will continue to suffer, damages including, physical, mental and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment

## FOURTH CAUSE OF ACTION
### Violation of Civil Rights – 42 U.S.C. section 1985

37. Affiant/Petitioner continues by reference paragraphs 1 through 40 whereas fully set forth herein.

38. By their conduct, as described herein, and acting under color of state law to deprive the Petitioners of their rights to be free from contract guaranteed by the United States of America Constitution, Respondents are liable for violation of 42 U.S.C. section 1985 which prohibits Conspiracy to interfere with civil rights under color of state law of rights secured under the United States of America Constitution.

39. "The attempt of a State Officer to enforce an unconstitutional statute is a proceeding without authority of and does not affect, the State in its sovereign or governmental capacity, and is an illegal act, and the officer is stripped of his official character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to its officer immunity from responsibility to the supreme authority of the United States."

40. As a direct and proximate result of Respondents unlawful actions, Petitioners have suffered, and will continue to suffer, damages including, physical, mental and emotional injury and pain, mental anguish, suffering, humiliation and embarrassment.

## FIFTH CAUSE OF ACTION
## Violation of Civil Rights – 42 U.S.C. section 1983 and Breach of Estate in Cestui Que Use

41. Affiant/petitioner continues by reference paragraphs 1 through 44 whereas fully set forth herein

42. By their conduct, as described herein, and acting under color of state law to deprive the Petitioners of their rights to the Estate in Cestui Que Use, Respondents are liable for violation of 42 U.S.C. section 1983 which prohibits the deprivation under color of state law and 15 U.S. Code § 1 – Trusts and 15 U.S. Code § 2 which prohibits the restraint of trade illegal and Monopolizing trade a felony under color of state law of rights secured under congress "chap. 854.- An act to establish a code of law for the District of Columbia" which was Approved on March 3, 1901, by the fifty-Stxth Congress, Session II, At 31 Stat. 1189, and at Chapter Fifty-Six in Sec. 1617, at 31 Stat. 1432, where it says, " The Legal Estate to be in Cestui Que Use".

43. The **cestui que trust** must therefore not only have been acquainted with the facts, but appraised by the law, of how these facts would be dealt with by a court of equity. All that is implied in the act of ratification, when set up in equity by a trustee against his **cestui que trust**, must be proved, and will not be assumed. The maxim **'ignorantis legis excusat neminem'**

cannot be invoked in such a case. Due to not informing the cestui que trust respondents have violated and continue to violate the Estate equity rights in violation of holy bible and the united states constitution of America

44. [Ungrich v Ungrich, 115 NYS 413, 417], "The rule (is) that to fasten ratification upon a **cestui que trust** he must not only have been made acquainted with all the facts, but apprised also of the law, and how such facts would be dealt with by a court of equity.",

## SIXTH CAUS OF ACTION
## VIOLATION OF RIGHTS TITLE 18 SECTION 241 AND 242

45. Affiant/Petitioners continues by reference paragraphs 1 through 48 whereas fully set forth herein

46. That the indictment stands and or continues due to misrepresentation under a color of law and violations under United State Title 18 section 241 and 242.

47. That the bond stands and or continues due to false, misleading and misrepresentation under a color of law and violations under United State Title 18 section 241 and 242.

48. Affiant/petitioner respectfully demand that the signed indictment violated affiant all rights reserved as to an American under the constitutions as to 1976, 1986 and 1886 along with the declaration of independents and God given rights as to the holy bible.

## SEVENTH CAUSE OF ACTION
## INJUNCTIVE RELIEF

49. Affiant/Petitioners continues by reference paragraphs 1 through 50 whereas fully set forth herein

50. Affiant request and respectfully demand that the affiant uncontested affidavit Support the injunction due to fraud and misrepresentation and violations of the constitutions of this state and the United States as to American people.

## PRAYER FOR RELIEF

WHEREFORE each Petitioner claim for relief as set forth below:

    A. For general damages in the amount of $ 6,000,000 a day for each day incarcerated;

    B. For special damages in amount to be determined at trial;

    C. For punitive damages against each respondent officer in the amount of $ 500,000.00;

    D. Judgment for Temporary Injunction

    E. For costs of suit and reasonable consul' fees pursuant to statute;

    F. For all other relief to which they may be legally entitled.

    G. For $ 250,000 in U.S.D per-interference with this uncontested affidavit

## NOTICE TO PRINCIPALS IS NOTICE TO AGENTS
## NOTICE TO AGENTS IS NOTICE TO PRINCIPALS

"I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. (28 USCA 1746(1) without the United States) on_____ day of _____, 2021

                                                          Without Recourse

BY: *erica; elliott*
Erica for
ERICA ANTONETTE ELLIOTT ESTATE/TRUST AND ERICA
ANTONETTE ELLIOTT in Cestui Que Use
all rights reserved

**Using a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.**

## JURAT

State of _____      )
                                            )    ss.
County of _____   )

As a Notary Public for Kentucky state, I do hereby certify that on this *16* day of *September* 2021, the above mentioned appeared before me and executed the foregoing. Witness my hand and seal:

_____
Notary Public Signature

06-24-2023
My commission expires

SEAL:

[Notary Seal: ANTHONY WAYNE SOUTH, STATE OF TENNESSEE NOTARY PUBLIC, ANDERSON COUNTY, MY COMMISSION EXPIRES 6-24-2023]

# AFFIDAVIT SUPPORTING ORIGINAL CLAIM FOR DAMAGES FOR VIOLATION OF TREATIES WITH THE UNITED STATES, VIOATION OF THE HOLY BIBLE, CONSTITUTIONAL RIGHTS, CIVIL RIGHTS, 42 U.S.C. SECTION 1983, 42 U.S.C. SECTION 1985, 42 U.S.C. SECTION 1986, TITLE 18 SECTION 241 AND 242 AND INJUNCTIVE AND DECLARATORY RELIEF

**STATE OF TENNESSEE**    *

                        * **KNOW ALL MEN AND PERSONS BY THESE PRESENTS**

                        *

**COUNTY OF _____**    *

BEFORE ME, the undersigned authority on this day personally appeared, Affiants who being by me duly sworn, deposes and says an oath as follows:

```
That I am affiant who is a/k/a Erica Antonette Elliott acting as independent
administrator for the estate of ERICA ANTONETTE ELLIOTT and
heir/beneficiaries of ERICA ANTONETTE ELLIOTT ESTATE. In addition the
independent administrator and beneficiaries who Domacile on the land in peace
comes in peace at all times, in accordance with my creator almighty iam, and
the independent administrator is the responsible party and the fiduciary.

That this affidavit immediately acts as a nunc pro tunc ("now for then") for
all property that's listed in any and all county deed of records which the
United States, and the state of Tennessee for past present and future
contacts which will and or could be obtain by affiant wet signature for
consideration of any and all promissory notes obtain by a third party that
was and could be used in any and all counties within a state of the United
States and filed with the Department of the Treasury for the state of
tennessee and the united states
```

1. That I am of sound mind and is of lawful age an am competent to make this Affidavit.

2. That I have personal knowledge of the facts stated herein.

3. That this sworn (or Affrim) Affidavit is made as a matter of record my rights under constitutions, bill of rights, human rights and God given rights by the holy bible which will include the proper person (corporation) under the constitutions of the United States of America.

4. That I have rights which are inalienable and were endowed by my Creator and secured by the constitution and declaration of 1776 as to all American and a taxpayer.

5. That I do not waive any of my rights at this time **nor do i waive any of my rights under any jurisdiction without a full disclosure and** my common law rights under the constitution and declaration of 1776 for fairness and without discrimination as to all men not persons (corporation operating under a color of law). We are all equal under human

rights (preamble 1-30) for life liberty and for we the people under Gods law as to the holy bible.

6. That I am explicit acting under reservation of my rights "with prejudice" pursuant to uniform commercial Code 1-308 and UCC 1-305, 1-207, et al and with such reservation, and all rights reserved and invoked by this Affidavit by nunc pro tunc.

7. Affiant request and desire that this affidavit is judgment if uncontested and for all other reasons stated within this oath and that any instrument that has the intent to make claims on my corporate account with the intent to harm or take capture of my, property, and living blood body for a debt, is rescission and all claims against affiant are null and void.

Whereas: Affiant as invoked all, affiant constitutional rights, bill of rights, human being rights, and God given rights and all violators will be in full agreement of all claims for damages against affiant for unlawful in enrichment.

Whereas: all violators will be in full agreement of all claims against their individual estate account which will include their heir and or beneficiaries as to all contracts and agreements under trust indentures.

Whereas: all persons known and unknown will be place on notice through and by them individually and or by filing in the office of any county clerk by certified mail return receipt requested and who as a bond and oath on file within the office of the secretary of state a union state of the United States.

Whereas: violations under the constitutions et al.; have been violated. I am respectfully asking the service to set aside all judicial judgments due violations under their own color of law as to Persons of corporations as to the United States code 18 sections 241 and 242 due to ineffective counsel, misrepresentation of a corporate entity, which is a full breach under the trust code. In addition a rescission, revoking and cancellation of contracts and the rescission of wet and/or affixed signature's, et al for submission, that may have been signed by affiant, due to unjust and discriminatory acts and actions that, may have been done for unjust reasons by and through

1. Affidavit with all rights reserved nunc pro tunc due to in affective counsel and fraud and violations against an estate beneficiaries.
2. That the Indictment stands and or continues due to misrepresentation under a color of law and violations under United State Title 18 section 241 and 242.
3. That the Indictment stands and or continues due to false and misleading statements under a color and violations under 42 U.S.C. section 1983 and Treaties of The United States of America.
4. That the Indictment stands and or continues due to misrepresentation under a color of law and violations under 42 U.S.C. section 1986 and Thirteen Amendment

5. That the Indictment stands and or continues due to false and misleading statements under a color and violations under 42 U.S.C. section 1985.
6. That the Indictment stands and or continues due to breach of trust under a color of law and violation under 42 U.S.C. section 1983 and Breach of Estate in Cestui Que Use.
7. Affiant/petitioner respectfully demand that the signed indictment violated affiant all rights reserved as to an American under the constitutions as to 1976, 1986 and 1886 along with the declaration of independents and God given rights as to the holy bible.
8. That the Indictment stands and or continues due to violation of treaties with the united states of America under a color of law and violations under the Holy Bible, Peace and friendship treaty, Delaware Treaty.
9. That the court is knowingly violating affiants right to contract concerning beneficiaries and heirs of an estate under a color of law and violating the .
10. Affiant respectfully demand that an injunction stay is place until the finish of this cause.
11. Affiant request and respectfully demand that the affiant uncontested affidavit Support the injunction due to fraud and misrepresentation and violations of the constitutions of this state and the United States as to American people.
12. Affiant wittiness to the facts that one of the individual parties or public servants wrote fraud on receipt with no firsthand knowledge of contract.
13. Affiant/petitioner demand for trial by jury with proper legal counsel for the enforcement of affiant uncontested affidavit and the protection of estate property and its beneficiaries as required by law.

Whereas the facts stated above in this affidavit and for all reasons fully stated below:

**WHEREAS,** the eternal and unchanging principles of the laws of Commerce are:

1. A matter must be expressed to be resolved.
2. In Commerce, truth is sovereign
3. Truth is expressed in the form of an Affidavit
4. An unrebutted Affidavit stand as truth in Commerce
5. **An unrebutted Affidavit becomes Judgment in commerce.**
6. An Affidavit of Truth, under commercial Law, can only be satisfied:
    (a) through a rebuttal Affidavit of Truth, point by point;
    (b) by payment;
    (c) by agreement; or
    (d) by resolution of a jury by the rules of common law
7. A workman is worthy of his hire.
8. All are equal under the law.

'The Foundations of Commercial Law is based upon certain eternally just, valid, and moral precepts and truth, which have remained unchanged for at least six thousand (6000) years, having its roots in the Mosaic law, Said Commercial Law forms the underpinnings of Western Civilization, if not all Nations, Law, and Commerce in the world. Commercial Law is non-judicial, and is prior and superior to, the basis of, and cannot be set aside or overruled by the statues of any governments, Legislatures, Governmental or Quai-Governmental Agencies, Courts, Judges and Law Enforcement agencies which are under an inherent obligation to uphold said commercial Law.

**Affiant request and demand that all violators of this affidavit will be in full agreement of claims in the amount of $250,000 in U.S.D per-interference with this uncontested affidavit as to their individual account operating in commerce. In addition all non-sponsors, will be in full agreement to an affidavit for an arrest warrant for their living blood body for intentional deception (fraud) for each individual acts and or actions and**

**A lien filed against any property within any deed of records within any county as to the violator of this affidavit.**

I declare under penalty of perjury as to the Laws of the constitution and by this declaration and for all humans being rights for justice without discrimination and that the foregoing is true, correct, complete, and not misleading and contains the truth, and nothing but the truth to my knowledge and belief as to the holy bible for all american to be treated fairly as human beings not defacto entities (corporate property) for unlawful enrichment.

_Crica; Elliott_
Affiant

**Using a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.**

JURAT

State of __Tennessee__ )
                                         ) ss.
County of __Anderson__ )

**Subscribed and sworn to** (or affirmed) before me on this _16_ day of _September_, 2021_____, _____, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public Signature

_06-24-23_
My commission expires

SEAL: [Anthony Wayne South, State of Tennessee Notary Public, Anderson County, My Commission Expires 6-24-2023]

312 Utica Circle
Oak Ridge TN 37830