UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ERICA ANTONETTE ELLIOTT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CRIMINAL COURT FOR KNOX COUNTY; JUDGE KYLE HIXSON; DISTRICT ATTORNEY GENERAL CHARME ALLEN; ASSISTANT DISTRICT ATTORNEY GENERAL SEAN DEITRICK; and DANNY GARLAND; | ) ) ) ) ) ) ) ) No.: 3:21-CV-327-KAC-JEM |
| Defendants. | ) ) |

## JUDGMENT

In the Order Dismissing Action, the Court **DISMISSED** PTHIS ACTION with prejudice under Federal Rule of Civil Procedure 41(b). The Court therefore **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT